IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BOBBY D. CAIN
On behalf of
B.D.C., A MINOR                                                                      PLAINTIFF

v.                                    Case No. 12-2180

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                       DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. #12) from United States Magistrate Judge Barry A. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 27th day of June, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE